In the Matter of the Probate of the Will of WALLACE B. HEWETT, Deceased. ROMA E. HEWETT et al., Appellants; MAIDA H. PERKINS, Respondent.

Argued May 23, 1947; decided July 2, 1947.

*Willard R. Pratt* and *James M. O'Hara* for appellants.

*Gilbert R. Hughes* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.